[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 8, 2006
THOMAS K. KAHN
CLERK

No. 05-14109

D. C. Docket No. 03-01170 CV-ORL-22-DAB

ACTION SECURITY SERVICES,
INC., a Florida corporation,

                                        Plaintiff-Appellant,

                    versus

AMERICA ONLINE, INC.,
a foreign corporation,

                                        Defendant-Appellee.

Appeal from the United States District Court
for the Middle District of Florida

**(May 8, 2006)**

Before TJOFLAT, BARKETT and HILL, Circuit Judges.

PER CURIAM:

This appeal challenges the district court's order granting appellee summary judgment on the ground that the district court improperly resolved material issues of fact that should be submitted to a jury. We are not persuaded. In our view, appellant simply failed to present any admissible evidence sufficient to withstand appellee's motion for summary judgment.

AFFIRMED.